IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CONE MILLS CORPORATION, *et al.*, ) | |
| ) | Case No. 03-12944 (MFW) |
| Debtors. ) | |
| ) | |
| ) | [Re: D.I. 1184] |

NOTICE OF APPEAL

WLR Recovery Fund II, L.P. and WLR Cone Mills Acquisition LLC, now known as International Textile Group, Inc.,[1] hereby file notice of their appeal from the Court's *Order Denying the Motion Of WLR Recovery Fund II L.P. And WLR Cone Mills Acquisition LLC For (1) Order Enforcing Sale Order Injunction Or (2) For Allowance Of An Administrative Claim And Continuing the Motion on the Issue of Rescission of the Sale* dated March 9, 2005 and entered March 10, 2005 (Docket No. 1184). This notice of appeal is filed pursuant to 28 U.S.C. § 158(a) and Federal Rules of Bankruptcy Procedure 8001 and 8002.

| Party: | Attorneys: |
|---|---|
| **Appellant: WLR Recovery Fund II, L.P. and International Textile Group, Inc. (f/k/a) WLR Cone Mills Acquisition LLC** | Lewis Kruger, Esq. Christopher R. Donoho, Esq. Stroock & Stroock & Lavan LLP 180 Maiden Lane New York, NY 10038 Telephone: (212) 806-5400 Facsimile: (212) 806-6006 |
| | -and- |
| | Michael R. Lastowski, Esq. Christopher M. Winter, Esq. Duane Morris LLP 1100 North Market Street, Suite 1200 Wilmington, DE 19801-1246 |

---

[1] On August 2, 2004, WLR Cone Mills Acquisition LLC was merged into WLR Burlington Acquisition LLC, which was renamed International Textile Group, Inc.

WLM\206161.1

|  |  |
|---|---|
|  | Telephone: (302) 657-4951<br>Facsimile: (302) 657-4901 |
| **Appellee: Pension Benefit Guaranty Corporation** | Carol C. Flowe, Esq<br>Mary Joanne Dowd, Esq.<br>Arent Fox PLLC<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036<br>Telephone: (202) 857-6054<br>Facsimile: (202) 857-6395<br><br>-and-<br><br>Kartar S. Khalsa, Esq.<br>Office of the General Counsel<br>Pension Benefit Guaranty Corporation<br>1200 K Street, NW, Suite 340<br>Washington, DC 20005-4026 |
| **Debtors: Cone Mills Corporation, et al.** | Pauline K. Morgan, Esq.<br>Joseph Barry, Esq.<br>Young Conaway Stargatt & Taylor LLP<br>The Brandywine Bldg., 17th Floor<br>1000 West Street<br>Wilmington, DE 19899<br>Telephone: (302) 571-6600<br>Facsimile: (302) 576-3318<br><br>-and-<br><br>Andrew N. Rosenberg, Esq.<br>Claudia Tobler, Esq.<br>Brian S. Hermann, Esq.<br>Paul Weiss Rifkind Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990 |

| | |
|---|---|
| **Official Committee of Unsecured Creditors** | Mark S. Indelicato, Esq.<br>Mark Power, Esq.<br>Hahn & Hessen LLP<br>488 Madison Avenue<br>14th and 15th Floors<br>New York, NY 10022<br>Telephone:   (212) 478-7320<br>Facsimile:    (212) 478-7400<br><br>-and-<br><br>Mark E. Felger, Esq.<br>Cozen & O'Connor<br>1201 N. Market Street, Suite 1400<br>Wilmington, DE 19801<br>Telephone:   (302) 295-2000<br>Facsimile:    (302) 295-2013 |
| **Prudential Insurance Company of America** | Barry N. Seidel, Esq.<br>King & Spalding LLP<br>1185 Avenue of the Americas<br>New York, NY 10036<br>Telephone:   (212) 556-2313<br>Facsimile:    (212) 556-2222<br><br>-and-<br><br>Robert J. Dehney, Esq.<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>Telephone:   (302) 575-7353<br>Facsimile:    (302) 425-4673 |
| **Bank of New York, Indenture Trustee** | Kevin Gross, Esq.<br>Herbert Mondros, Esq.<br>Rosenthal Monhait Gross & Goddess, P.A.<br>919 Market Street, Suite 1401<br>Mellon Bank Center<br>P.O. Box 1070<br>Wilmington, DE 19899-1070<br>Telephone:   (302) 656-4433<br>Facsimile:    (302) 658-7567<br><br>-and- |

|  |  |
|---|---|
|  | Glenn E. Siegel, Esq.<br>Dechert LLP<br>30 Rockefeller Plaza<br>New York, NY 10112<br>Telephone: (212) 698-3500<br>Facsimile: (212) 698-3599 |
| **United States Trustee** | Joseph McMahon, Esq.<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, Delaware 19801<br>Telephone: (302) 573-6491<br>Facsimile: (302) 573-6497 |

Dated: March 21, 2005
       Wilmington, Delaware

Respectfully submitted,
Lewis Kruger, Esq.
Christopher R. Donoho, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

-and-

_____
Michael R. Lastowski (DE I.D. 3892)
Christopher M. Winter (DE I.D. 4163)
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 657-4900
Facsimile: (302) 657-4901

*Counsel to WLR Recovery Fund II, L.P. and WLR Cone Mills Acquisition LLC, now known as International Textile Group, Inc.*

WLM\206161.1                                                4