# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

Clerk of the Court
824 Market Street
Wilmington  DE  19801
(302) 252-2900

Date:   April 12, 2005

To:     Peter Dalleo, Clerk
        U. S. District Court, District of Delaware
        U. S. Courthouse - 844 King Street
        Wilmington  DE  19801

Re:     Cone Mills Corporation
        Case No. 03-12944 (MFW)
        AP-05-23

    Enclosed please find the bankruptcy Record on Appeal  # AP-05-23.


                  Sincerely,

                  **David Bird, Clerk**

By:  _/s/ Ken Brown___
    Deputy Clerk

__X__  Filing fee paid on 3/21/05
_____

_____  Filing fee not paid

**TRANSMITTAL SHEET FOR APPEAL SUBMITTED TO U.S. DISTRICT COURT**

Case Number: **03-12944 (MFW)**
Deputy Clerk Transferring Case: Kenneth Brown 302 252 2903
Case Type: Appeal **- AP-05-23**

**Order, Date Entered and Issues**

Order Denying the Motion of WLR Recovery Fund II L.P. and WLR Cone Mills Acquisition LLC for (1) Order Enforcing Sale Order Injunction Against the Debtors and the Pension Benefit Guaranty Corporation or, Alternatively, (2) For Allowance of an Administrative Claim or (3) Rescission of the Sale, and Continuing the Motion Solely as to Recission as Set Forth in this Order. (related document(s) 998, 1181 ) Order Signed on 3/9/2005. (LCN, ) (Entered: 03/10/2005)

| | |
|---|---|
| **Debtors:** | Cone Mills Corporation et. al. |
| **Counsel:** | Pauline K Morgan, Esq. |
| | Young Conaway Stargatt & Taylor LLP |
| | The Brandywine Bldg 17 Fl |
| | 1000 West St |
| | Wilmington, DE 19899 |
| **Telephone:** | (302) 571 6600 |
| | |
| **Appellant(s):** | WLR Recovery Fund II LP and International Textile Group, Inc |
| **Counsel:** | Michael R Lastowski, Esq |
| | Duane Morris LLP |
| | 1100 North Market St Ste 1200 |
| | Wilmington, DE 19801 |
| **Telephone:** | (302) 657 4951 |
| | |
| **Appellee:** | Pension Benefit Guaranty Corporation |
| **Counsel:** | Carol C Flowe, Esq |
| | Arent Fox PLLC |
| | 1050 Connecticut Ave, NW |
| | Washington, DC 20036 |
| **Telephone:** | (202) 857 6054 |