UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE



In re:

CONE MILLS CORPORATION, *et al.*

Debtors.

Chapter 11

Case No. 03-12944(MFW)
Jointly Administered

## NOTICE OF ADDRESS CHANGE OF DEBORAH L. FLETCHER

PLEASE TAKE NOTICE that Deborah L. Fletcher, counsel for Parkdale Mills, Incorporated, and Parkdale America, LLC requests that all future notices and papers served or required to be served in this case be mailed to the following address:

> Deborah L. Fletcher
> Kilpatrick Stockton LLP
> Suite 2500
> 214 North Tryon Street, Charlotte, NC 28202
> Telephone: 704-338-5243
> Facsimile: 704-371-6408
> E-mail: defletcher@kilpatrickstockton.com

Dated: February 17, 2005

_____
Deborah L. Fletcher
North Carolina Bar No. 20254
Kilpatrick Stockton LLP
Suite 2500
214 North Tryon Street, Charlotte, NC 28202
Telephone: 704-338-5243
Facsimile: 704-371-6408
E-mail: defletcher@kilpatrickstockton.com

Counsel for Parkdale Mills, Incorporated,
and Parkdale America, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of February, 2005, the foregoing Notice of Address Change of Deborah L. Fletcher was served by first class mail, postage paid on the following parties:

United States Trustee
Office of the United States Trustee
844 King Street, Room 2313
Wilmington, DE 19801

Pauline K. Morgan
Joseph M. Barry
Sean T. Greecher
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Andrew N. Rosenberg
Brian S. Hermann
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, New York 10019-6064

Daniel J. DeFranceschi
Rebecca L. Booth
Etta R. Wolfe
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19899

Mark Indelicato
Mark T. Power
Hahn & Hessen LLP
488 Madison Avenue
New York NY 10022

Mark E. Felger
Cozen O'Connor
Chase Manhattan Centre
1201 North Market Street
Wilmington, DE 19801

Michael B. Schaedle
Blank Rome
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6998

_(signature)_
Deborah L. Fletcher