IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CONE MILLS CORPORATION, *et al.*, | : | Case No. 03-12944 (MFW) |
| | : | |
| Debtors. | : | (Jointly Administered) [Re D.I. 998] |

**NOTICE OF WITHDRAWAL BY WLR RECOVERY FUND II, L.P. AND INTERNATIONAL TEXTILE GROUP, INC. FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM PURSUANT TO 11 U.S.C. §§ 105(a), 363 AND 503(a), OR ALTERNATIVELY FOR RESCISSION OF THE SALE**

**PLEASE TAKE NOTICE** that WLR Recovery Fund II, L.P. and International Textile Group, Inc, formerly known as WLR Cone Mills Acquisition LLC,[1] (collectively, the "Movants") hereby withdraw with prejudice the Movants' request for an administrative claim against the Debtors pursuant to 11 U.S.C. §§ 105(a), 363 and 503(a), or alternatively, for rescission of the sale, as such requests were set forth in the *Motion Of WLR Recovery Fund II, L.P. And WLR Cone Mills Acquisition LLC For (1) Order Enforcing Sale Order Injunction Against The Debtors And The Pension Benefit Guaranty Corporation, Or Alternatively, (2) For Allowance Of An Administrative Claim Pursuant To 11 U.S.C. §§ 105(a), 363 And 503(a) Or (3) For Rescission Of The Sale* [D.I. 998] filed on October 14, 2004.

**PLEASE TAKE FURTHER NOTICE** that notwithstanding the foregoing, the Movants are not withdrawing their request for enforcement of the Sale Order against the Debtors and the Pension Benefit Guaranty Corporation. This Court has denied the Movants' request for such Sale Order enforcement in the *Order Denying The Motion Of WLR Recovery Fund II, L.P.*

---

[1] On August 2, 2004, WLR Cone Mills Acquisition LLC was merged into WLR Burlington Industries Acquisition LLC, which was renamed International Textile Group, Inc.

WLM\206826.1

*And WLR Cone Mills Acquisition LLC For (1) Order Enforcing Sale Order Injunction Against The Debtors And The Pension Benefit Guaranty Corporation, Or Alternatively, (2) For Allowance Of An Administrative Claim Pursuant To 11 U.S.C. §§ 105(a), 363 And 503(a) Or (3) For Rescission Of The Sale, And Continuing The Motion Solely As To Rescission As Set Forth In This Order* [D.I. 1184] entered on March 10, 2005. On March 21, 2005, the Movants filed their *Notice of Appeal* [D.I. 1191] in order to pursue their request to enforce the Sale Order against the Debtors and the Pension Benefit Guaranty Corporation.

Dated: March 24, 2005
Wilmington, Delaware

**STROOCK & STROOCK & LAVAN LLP**
Lewis Kruger, Esq.
Christopher R. Donoho, Esq.
180 Maiden Lane
New York, NY 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*/s/ Christopher Winter (By Permission)*
**DUANE MORRIS LLP**
Michael R. Lastowski (DE I.D. 3892)
Christopher M. Winter (DE I.D. 4163)
1100 North Market Street
Suite 1200
Wilmington, DE 19801
Telephone: (302) 657-4900
Facsimile: (302) 657-4901

Co-counsel for WLR Recovery Fund II, L.P. and International Textile Group, Inc.

WLM\206826.1