IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

WLR Recovery Fund II, L.P. and
International Textile Group, Inc., f/k/a WLR
Cone Mills Acquisition LLC,

      Appellants,                                        C.A. No. 05-00218 (GMS)

      v.

Pension Benefit Guaranty Corporation,

      Appellee.

## NOTICE OF WITHDRAWAL OF APPEAL

The Parties to this appeal having resolved the matter, the Appellants WLR Recovery Fund II, L.P. and International Textile Group, Inc., f/k/a WLR Cone Mills Acquisition LLC, hereby withdraw their appeal from the Court's *Order Denying the Motion Of WLR Recovery Fund II L.P. And WLR Cone Mills Acquisition LLC For (1) Order Enforcing Sale Order Injunction Or (2) For Allowance Of An Administrative Claim And Continuing the Motion on the Issue of Rescission of the Sale.*

[Signature on following page.]

WLM\209159.1

Dated: June 17, 2005

Respectfully submitted,

Lewis Kruger, Esq.
Christopher R. Donoho, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

-and-

_____
Michael R. Lastowski (DE I.D. 3892)
Christopher M. Winter (DE I.D. 4163)
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 657-4900
Facsimile: (302) 657-4901

*Counsel to WLR Recovery Fund II, L.P. and WLR Cone Mills Acquisition LLC, now known as International Textile Group, Inc.*