IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

WLR Recovery Fund II, L.P. and
International Textile Group, Inc., f/k/a WLR
Cone Mills Acquisition LLC,

    Appellants,

v.

Pension Benefit Guaranty Corporation,

    Appellee.

C.A. No. 05-00218 (GMS)

### CERTIFICATE OF SERVICE

I, Matthew M. Carucci, certify that I am not less than 18 years of age, and that service of a copy of the **Notice of Withdrawal of Appeal** was caused to be served on the individuals on the attached service list by regular mail or hand delivery.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: June 17, 2005
      Wilmington, Delaware

Matthew M. Carucci (DE I.D. 4529)
DUANE MORRIS LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801
Telephone:  (302) 657-4900
Facsimile:   (302) 657-4901
E-mail:      cmwinter@duanemorris.com

WLM\209159.1

| | |
|---|---|
| **Appellee: Pension Benefit Guaranty Corporation** | Carol C. Flowe, Esq<br>Mary Joanne Dowd, Esq.<br>Arent Fox PLLC<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036<br><br>Kartar S. Khalsa, Esq.<br>Office of the General Counsel<br>Pension Benefit Guaranty Corporation<br>1200 K Street, NW, Suite 340<br>Washington, DC 20005-4026 |
| **Debtors: Cone Mills Corporation, et al.** | Pauline K. Morgan, Esq.<br>Joseph Barry, Esq.<br>Young Conaway Stargatt & Taylor LLP<br>The Brandywine Bldg., 17th Floor<br>1000 West Street<br>Wilmington, DE 19899<br><br>Andrew N. Rosenberg, Esq.<br>Claudia Tobler, Esq.<br>Brian S. Hermann, Esq.<br>Paul Weiss Rifkind Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019 |
| **Official Committee of Unsecured Creditors** | Mark S. Indelicato, Esq.<br>Mark Power, Esq.<br>Hahn & Hessen LLP<br>488 Madison Avenue<br>14th and 15th Floors<br>New York, NY 10022<br><br>Mark E. Felger, Esq.<br>Cozen & O'Connor<br>1201 N. Market Street, Suite 1400<br>Wilmington, DE 19801 |
| **Prudential Insurance Company of America** | Barry N. Seidel, Esq.<br>King & Spalding LLP<br>1185 Avenue of the Americas<br>New York, NY 10036<br><br>Robert J. Dehney, Esq.<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>P.O. Box 1347 |

|  |  |
|---|---|
|  | Wilmington, DE 19899-1347 |
| **Bank of New York, Indenture Trustee** | Kevin Gross, Esq. |
|  | Herbert Mondros, Esq. |
|  | Rosenthal Monhait Gross & Goddess, P.A. |
|  | 919 Market Street, Suite 1401 |
|  | Mellon Bank Center |
|  | P.O. Box 1070 |
|  | Wilmington, DE 19899-1070 |
|  |  |
|  | Glenn E. Siegel, Esq. |
|  | Dechert LLP |
|  | 30 Rockefeller Plaza |
|  | New York, NY 10112 |
|  |  |
| **United States Trustee** | Joseph McMahon, Esq. |
|  | Office of the United States Trustee |
|  | J. Caleb Boggs Federal Building |
|  | 844 King Street, Suite 2207 |
|  | Lockbox 35 |
|  | Wilmington, Delaware 19801 |

WLM\209159 1